IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAW OFFICES OF BEN C. MARTIN, LLP, and BEN C. MARTIN, Individually, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 3-06-CV1440-AH ECF |
| DENNIS C. SWEET III, PA AND ASSOCIATES, SWEET AND FREESE, PLLC, DENNIS C. SWEET, III, Individually, THE FREESE LAW FIRM, P.C., RICHARD FREESE, Individually, | § § § § § § § | |
| Defendants. | § | |

_____

**JUDGMENT AND
ORDER OF DISMISSAL WITH PREJUDICE**
_____

On this day came on to be heard the Agreed Motion to Dismiss with Prejudice filed by Plaintiffs Law Offices Of Ben C. Martin, LLP, and Ben C. Martin, Individually, and Defendants Dennis C. Sweet III, PA and Associates, Sweet and Freese, PLLC, Dennis C. Sweet, III, Individually, The Freese Law Firm, P.C., and Richard Freese, Individually, (collectively, the "Parties"). The Court, after having reviewed the Agreed Motion to Dismiss and noting that the Parties have compromised and settled all matters in controversy herein, hereby finds that the Agreed Motion to Dismiss should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims asserted between the Parties are hereby dismissed with prejudice to refiling of same.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all costs of court are taxed against the party incurring same.

DATED this 31st day of March, 2009.

_____
WM. F. SANDERSON, JR.
UNITED STATES MAGISTRATE JUDGE